It is so ordered.

s/James G. Carr
Sr. United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Duquette Matthews, | * | Case No. 3:15-CV-00665 |
| Plaintiff, | * | Judge James G. Carr |
| vs. | * | |
| City of Toledo, et al., | * | **STIPULATION OF DISMISSAL** |
| Defendants. | * | |
| | * | Jenelda E. Witcher (0064490)<br>Witcher Law Office<br>1900 Monroe Street, Suite 111<br>Toledo, Ohio 43604-6781<br>Telephone: 419-243-9873<br>Facsimile: 419-243-9917<br>Email: witcherlaw@bex.net<br>Attorney for Plaintiff |

Now come the parties, by and through counsel, pursuant to FRCP Rule 41, to state that all matters have been resolved by the parties and this action is hereby dismissed with prejudice.

Respectfully submitted,

_____
Jenelda E. Witcher (0064490)
Attorney for Plaintiff

_____ (with telephone permission)
Merritt W. Green, III (0024236)
Attorney for Defendants

CERTIFICATION

I hereby certify all parties shall receive service of this filing via the Court's electronic filing system of notification.

*[signature]*
Jenelda E. Witcher (0064490)